IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD M. WILSON** | : | CIVIL ACTION NO. 3:13-cv-709 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | : | |
| **Social Security** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is a December 19, 2014 Report and Recommendation of the Magistrate Judge. No objections have been filed to the Report and Recommendation. Accordingly, this 12th day of January 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Cohn.

2) The decision of the Commissioner of Social Security denying Plaintiff's social security disability insurance and supplemental security income benefits is **VACATED** and the case **REMANDED** to the Commissioner to develop the record fully, conduct a new administrative hearing and appropriately evaluate the evidence, particularly Plaintiff's credibility and Dr. Kraynak's opinion.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
